IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Howard Stirk Holdings, LLC, | ) | |
|        Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 14-1090 (and |
| | ) | consolidated cases) |
| Federal Communications Commission | ) | |
|  and United States of America, | ) | |
|        Respondents. | ) | |

**STIPULATION REGARDING THE RECORD**

Pursuant to F.R.A.P. Rule 17(b)(2), the undersigned parties to the captioned case hereby stipulate that neither the record nor a certified list be filed in this case. The record is composed of the documents filed in FCC MB Dockets No. 04-256, No. 07-294, No. 09-182, and No. 14-50 between July 13, 2004 and April 15, 2014. A total of 35,223 documents are included in these dockets for this period. The documents are readily accessible to the public and the Court on the Internet through the FCC's Electronic Comment Filing System. Accordingly, the parties agree that no useful purpose would be served by filing the record or creating and filing a certified list of items in the record in this case. This agreement has been made without prejudice to the parties relying on any portion of the record below in support of their arguments in these consolidated cases or designating any portion of the record below for inclusion in the joint appendix.

|  | Respectfully submitted, |
|---|---|
| /s/ Colby M. May | /s/ James M. Carr |
| Colby M. May | James M. Carr |
| P.O. Box 15473 | Counsel |
| 205 3rd Street, S.E. | Federal Communications Commission |
| Washington, D.C. 20003 | Washington, D.C. 20554 |
| (202) 544-5171 | (202) 418-1762 |
| *Counsel for Howard Stirk Holdings, LLC* |  |
| /s/Patrick F. Philbin | /s/ Robert J. Wiggers |
| Patrick F. Philbin | Robert J. Wiggers |
| Kirkland & Ellis LLP | Attorney |
| 655 Fifteenth Street, N.W. | United States Department of Justice |
| Washington, D.C. 20005 | Washington, D.C. 20530 |
| (202) 879-5030 |  |
| *Counsel for Nexstar Broadcasting, Inc.* |  |

/s/ Helgi C. Walker

Helgi C. Walker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
*Counsel for National Association of Broadcasters*

/s/ Angela J. Campbell

Angela J. Campbell
Institution for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
*Counsel for Prometheus Radio Project et al.*

July 14, 2014

14-1090 et al.

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Howard Stirk Holdings, LLC,** | ) |
| Petitioner, | ) |
| v. | ) No. 14-1090 (and |
| | ) consolidated cases) |
| **Federal Communications Commission** | ) |
| **and the United States of America,** | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I, James M. Carr, hereby certify that on July 14, 2014, I electronically filed the foregoing Stipulation Regarding The Record with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Helgi C. Walker
Ashley S. Boizelle
Lindsay S. See
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
*Counsel for: NAB*

Jane E. Mago
Jerianne Timmerman
National Association of Broadcasters
1771 N Street, N.W.
Washington, D.C. 20036
*Counsel for: NAB*

Robert J. Wiggers
Kristen C. Limarzi
U.S. Department of Justice
Antitrust Division, Room 3224
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
*Counsel for: USA*

Angela J. Campbell
Andrew Jay Schwartzman
Eric G. Null
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, D.C. 20001
*Counsel for: Free Press, et al.*

Colby M. May
Colby M. May, Esq. PC
P.O. Box 15473
Washington, D.C. 20003
*Counsel for: Howard Stirk Holdings, LLC*

David E. Honig
Minority Media & Telecom Council
3636 16th Street, NW
Suite B-366
Washington, D.C. 20010
*Counsel for: Minority Media and Telecomms Council*

Patrick F. Philbin
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, D.C. 20005
*Counsel for: Nexstar Broadcasting Incorporated*

Eve K. Reed
Brett A. Shumate
Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
*Counsel for: Mission Broadcasting Incorporated*

/s/ *James M. Carr*

2